## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **WILLIAM ROLANDO PALENCIA** | : | **VIOLATIONS:** |
| **ESTRADA,** | : | **21 U.S.C. § 846** |
| also known as "Don Peter," | : | **(Conspiracy to Distribute and Possess** |
| also known as "William Omar Chavez** | : | **with Intent to Distribute One Kilogram** |
| **Palma,"** | : | **or More of Heroin, Cocaine and Cocaine** |
| **JULIO ESTUARDO CORDOVA,** | : | **Base)** |
| also known as "Taliban," | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| **EDIN FRANCISCO GAMEZ-BARRIOS,** | : | **(Unlawful Distribution of Cocaine)** |
| also known as "Chico," | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| **PABLO RAMIREZ,** | : | **(Unlawful Distribution of Cocaine Base)** |
| also known as "Pablito," | : | **21 U.S.C. § 841(a)(1) and** |
| **CECILIA ISABEL ESTRADA** | : | **§ 841(b)(1)(B)(iii)** |
| **ANDRADE,** | : | **(Unlawful Distribution of 28 Grams or** |
| also known as "Cici," | : | **More of Cocaine Base)** |
| **SONIA MARILIS ROSA SOLIS,** | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| **CRISTHIAN MARCOS FERREBU,** | : | **(Unlawful Distribution of Heroin)** |
| also known as "Cuba," | : | |
| also known as "Peru," | : | **FORFEITURE:  21 U.S.C. § 853(a), (p)** |
| **JOSE ANTONIO MARROQUIN** | : | |
| also known as "Tony," | : | |
| | : | |
| **Defendants.** | : | |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

From on or about August 26, 2014, and continuing thereafter up to and including at least

October 27, 2015, in the District of Columbia, Maryland, and elsewhere, defendants **WILLIAM**

**ROLANDO PALENCIA ESTRADA, also known as "Don Peter," also known as "William**

**Omar Chavez Palma," JULIO ESTUARDO CORDOVA, also known as "Taliban," EDIN**

**FRANCISCO GAMEZ-BARRIOS, also known as "Chico," PABLO RAMIREZ, also known as "Pablito," CECILIA ISABEL ESTRADA ANDRADE, also known as "Cici," SONIA MARILIS ROSA SOLIS, CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru," JOSE ANTONIO MARROQUIN, also known as "Tony,"** did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), and 841(b)(1)(C).

Quantity of Heroin, Cocaine, and Cocaine Base involved in the Conspiracy:

With respect to defendant **WILLIAM ROLANDO PALENCIA ESTRADA**, also known as "Don Peter," also known as "William Omar Chavez Palma," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **JULIO ESTUARDO CORDOVA**, also known as "Taliban," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **EDIN FRANCISCO GAMEZ-BARRIOS**, also known as "Chico," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **PABLO RAMIREZ**, also known as "Pablito," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **CECLILIA ISABEL ESTRADA ANDRADE**, also known as "Cici," her conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **SONIA MARILIS ROSA SOLIS**, her conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved over one kilogram or more of a mixture and substance containing a detectable amount of heroin, a

Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **CRISTHIAN MARCOS FERREBU**, also known as "Cuba," also known as "Peru," his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **JOSE ANTONIO MARROQUIN**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin, Cocaine**, **and Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about August 26, 2014, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about September 9, 2014, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about September 24, 2014, within the District of Columbia, **CRISTHIAN MARCOS FERREBU,** also known as "Cuba," also known as "Peru," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about October 16, 2014, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about November 12, 2014, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about January 6, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about January 23, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about January 23, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)))

## COUNT TEN

On or about February 11, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT ELEVEN

On or about March 9, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWELVE

On or about March 19, 2015, within the District of Columbia, **CRISTHIAN MARCOS FERREBU, also known as "Cuba," also known as "Peru,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTEEN

On or about April 16, 2015, within the District of Columbia, **JULIO ESTUARDO CORDOVA**, also known as "Taliban," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Counts One through Thirteen of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.  The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

            a.       cannot be located upon the exercise of due diligence;

            b.       has been transferred or sold to, or deposited with, a third party;

            c.       has been placed beyond the jurisdiction of the Court;

            d.       has been substantially diminished in value; or

            e.       has been commingled with other property that cannot be divided without
                    difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

        (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p)

                                A TRUE BILL:


                                FOREPERSON.

Attorney of the United States in
and for the District of Columbia.