# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| *v.* | : | |
| | : | Criminal No. 15-0148(CRC) |
| **SONIA ROSA SOLIS,** | : | |
| | : | |
| *Defendant.* | : | |

## DEFENDANT'S NOTICE OF FILING

**DEFENDANT** Sonia Rosa Solis, by and through undersigned counsel, respectfully submits her Notice of Change of Plea, which is attached as Exhibit 1.

Dated: Washington, DC
November 30, 2016

Respectfully submitted,

**BALAREZO LAW**

By: _/s/_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Defendant Sonia Rosa Solis*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of November 2016, I caused a true and correct copy of the foregoing Defendant's Notice of Filing – Change of Plea to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo