UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 15-cr-148 (CRC) |
| | : | |
| | : | |
| **SONIA MARILIS SOLIS** | : | |
| | : | |
| **Defendant.** | : | |

### Notice of Proposed Proffer

On November 30, 2016, defendant filed a Notice of Change of Plea, attaching a letter from defense counsel stating that the defendant wished to "enter a plea of guilty to the indictment," but that the parties have not entered into a plea agreement. Defense counsel included in the letter a "Factual Statement" that includes a description of heroin seized, and that "[defendant] was involved in the shipment of the foodstuff to coconspirators in the United States."

The government provides its own recitation of the facts for the Court, though the government acknowledges that the defendant may not agree, or need to agree, with each fact for her plea. The government does not view the defendant's short Factual Statement as inconsistent with this proffer, but the government believes that the Court may find useful for plea and sentencing purposes a description of some of the specific actions taken by the defendant during the conspiracy.

Between on or about March 2015 to on or about October 2015, William Estrada sold heroin and cocaine. On April 22, 2015, during which time a Court authorized wiretap was operating on Estrada's cellphone, Estrada was contacted and told that suitcases and bags were being brought to him. Estrada then texted Solis, a citizen of Guatemala who was part of the conspiracy, that "the

1

food arrived today." Solis and Estrada discussed whether Solis should "call the people so they can go and pick up their stuff today. Solis also told Estrada to send pictures using WhatsApp, a texting platform.

Although Estrada indicated to Solis that he would be available the next day, Solis asked Estrada whether "it is possible for just one stubborn person to go today." Estrada then called an unidentified male and invited that person to his address. Surveillance showed Estrada exiting his residence carrying a bag and going to the passenger side of a red SUV. The next morning, on April 23, 2015, Julio Cordova contacted Estrada, saying he was "Chiquimula's friend." Chiquimula is a state in Guatemala where Solis resides. Cordova stated he was told Estrada would be given some little things. Shortly thereafter Solis told Estrada that "the gelatin" was for the person who had called. Surveillance showed a subsequent meeting between Estrada and a person consistent with Cordova. In another transaction, Solis told Estrada to give "Chico" the "sweets." Estrada then met with co-defendant Edin Gamez-Barrios later that day. Surveillance activity also indicates that Estrada met with a fourth person as well.

Surveillance also showed Estrada place a cardboard box at a dumpster at his building of residence. Law enforcement recovered the box and several boxes with white labels indicating that the boxes had come through JFK Airport in New York, from a specific shipment with eight smaller boxes weighing 272 kilograms. The package originated from Guatemala and was flown by Aeromexico to the United States to JFK, and consigned to a specific individual in New York.

On April 30, 2015, Solis stated that she was going to hook Estrada up for doing deliveries and would "give him something for what he's going to move for her over there."

On June 6, 2015, a 216 kilogram shipment was flown from Guatemala City, Guatemala by

Aeromexico to JFK. Six containers within the shipment contained 45 small boxes. Four of the boxes were marked Hand Airway Bill 1106, 1107, 1109, and 1114. A United States Customs and Border Protection canine alerted to 1106, 1107, and 1109. The remaining boxes were segregated. The boxes were all bound for the same consignee as the April 22, 2015 package. 74 packets of drink mix inside 1107 tested for heroin, a total of 2.273 kilograms. 6 packages of drink mix in 1106 also tested positive for heroin, a total of 1.559 kilograms. Six packages of gelatin mix inside 1109 contained 2.043 kilograms of heroin.

A separate canine on June 7, 2015 alerted to HAWB 1114. 1114 contained 18 packages of pretend food stuffs that tested positive for heroin, a total of 1.193 kilograms of heroin. The remaining packages were sent to the consignee. US CBP maintained control of the heroin and eventually transferred it to the Federal Bureau of Investigation.

The conspirators were initially unaware of the seizure. On June 6, 2015, a Court authorized wiretap recorded that Solis told Estrada that Estrada should be alert and to "go over there." Solis told Estrada that she wanted photos. Subsequently, Estrada and co-defendant Pablo Ramirez went to Ramirez's house at 8812 Courtland Lane, Lanham, Maryland. On June 8, 2015, Solis said it was "not BS today" and that "That is going to arrive soon. It's in New York." On June 9, 2015, at 1:17 AM, Solis indicated "It's 1106," an apparent reference to package 1106. At 1:43, Estrada sent a picture to Solis of what appeared to be foodstuffs with US CBP tape. In a series of texts and conversations over the next few days, it became clear to members of the conspiracy that the boxes containing the narcotics had been removed from the shipment and that it was not clear who had taken the narcotics. On June 17, 2015, agents investigated the dumpster at 8812 Cortland Lane and located some of the packaging material, including evidence that the

boxes delivered to 8812 Cortland Lane were from the same shipment as the seized boxes containing narcotics.

The government believes that Solis' relevant conduct includes at least 6.5 kilograms of heroin, which includes amounts that she distributed and possessed with the intent to distribute and amounts distributed and possessed with the intent to distribute by co-conspirators pursuant to jointly undertaken criminal activity that was reasonably foreseeable to her and within the scope of the conspiracy.

                                              Respectfully Submitted,
                                              Channing D. Phillips
                                              United States Attorney

BY:       /s/
                                              Jeff Pearlman
                                              Assistant United States Attorney